

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00348-CR

Jacob **KLEIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2866
Honorable Pat Priest, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the assessment of attorney's fees against appellant Jacob Klein. As modified, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED February 4, 2015.

_____
Rebeca C. Martinez, Justice